1   BINGHAM MCCUTCHEN LLP
    BRIAN C. ROCCA (SBN 221576)
2   Three Embarcadero Center
    San Francisco, CA  94111-4067
3   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
4
    BINGHAM MCCUTCHEN LLP
5   GARY M. HNATH (*Pro Hac Vice* To Be Filed)
    FEI-FEI CHAO, Ph.D. (*Pro Hac Vice* To Be Filed)
6   1120 20th Street NW, Suite 800
    Washington, DC  20036-3406
7   Telephone:  (202) 778-6150
    Facsimile:  (202) 778-6155
8
    Attorneys for Defendants
9   BenQ Corp.; BenQ Optronics (Suzhou) Co., Ltd.; BenQ
    America Corp.; and AU Optronics Corp.
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15   THOMSON LICENSING S.A.,              No. 3:05-cv-01005-JSW

16              Plaintiff,                **[PROPOSED]** ORDER GRANTING
                                          **DEFENDANTS' MOTION TO STAY**
17        v.                              **PURSUANT TO 28 U.S.C. § 1659**

18   (1) BENQ CORPORATION; (2) BENQ
     OPTRONICS (SUZHOU) CO., LTD.; BENQ
19   AMERICA CORPORATION; and (4) AU
     OPTRONICS CORPORATION,

20              Defendants.

21

22

23

24

25

26

                                          Case No. 3:05-cv-01005-JSW

1    Having considered the above-referenced motion by Defendants BenQ

2    Corporation, BenQ Optronics (Suzhou) Co., Ltd., BenQ America Corporation, and AU

3    Optronics Corporation (collectively, "Defendants") and the supporting memorandum of points

4    and authorities, as well as the complete files and records for this action, and good cause

5    appearing, the Court hereby GRANTS Defendants' Motion To Stay pursuant to 28 U.S.C.

6    § 1659.

7    WHEREAS an investigation has been instituted by the United States International

8    Trade Commission based on a complaint filed by the plaintiff that raises the same issues between

9    the same parties as in this civil action; and

10    WHEREAS Defendants have demonstrated that all of the requirements for a stay

11    pursuant to 28 U.S.C. § 1659 are satisfied;   and WHEREAS Plaintiff does not oppose;

12    The Court hereby ORDERS that this action shall be stayed in its entirety until the

13    date that the determination of the United States International Trade Commission becomes final in

14    the proceeding entitled *In the Matter of Certain Color Television Receivers and Color Display*

15    *Monitors, and Components Thereof*, Investigation No. 337-TA-534.

16

17    IT IS SO ORDERED.

18

19    Dated:__May 4, 2005__

20

21    /s/ Jeffrey S. White
      _____

22    Hon. Jeffrey S. White
      United States District Judge

23

24

25

26

1