IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMSON LICENSING S.A.,

    Plaintiff,

v.

BENQ CORPORATION, et al.

    Defendant.

No. C 05-01005 JSW

**ORDER REQUESTING STATUS REPORTS**

On May 4, 2005, this Court issued an Order granting an unopposed motion to stay pending the final determination of proceedings before the United States International Trade Commission. The Court HEREBY ORDERS the parties to submit a joint status report by November 18, 2005, regarding the status of those proceedings, and to file joint status reports every 120 days thereafter, until the stay in this case is to be lifted.

**IT IS SO ORDERED.**

Dated: November 7, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE